```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                       Case No. 19-10930-elf
John J. Dougherty                                            Chapter 13
      Debtor                    CERTIFICATE OF NOTICE
District/off: 0313-2           User: dlv              Page 1 of 2             Date Rcvd: Mar 01, 2019
                               Form ID: 309I          Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2019.
db             +John J. Dougherty,    313 Patricia Lane,    Aldan, PA 19018-3739
aty            +MICHAEL A. CATALDO2,    Cibik & Cataldo, P.C.,    1500 Walnut Street,    Suite 900,
                 Philadelphia, PA 19102-3518
14273672       +Amato & Associates,   107 North Commerce Way,    Bethlehem, PA 18017-8913
14273678       +Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
14273679       +Experian,   Profile Maintenance,   P.O. Box 9558,    Allen, Texas 75013-9558
14273681       +KML Law Group,   701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14273684        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
14273686       +PGW,   Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
14277414       +Select Portfolio Servicing,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14273691       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ecf@ccpclaw.com Mar 02 2019 03:22:56    MICHAEL A. CIBIK2,
                 Cibik & Cataldo, P.C.,    1500 Walnut Street,    Suite 900,   Philadelphia, PA  19102
tr             +E-mail/Text: bncnotice@ph13trustee.com Mar 02 2019 03:24:56     WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,    P.O. Box 1229,   Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Mar 02 2019 03:24:27    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 02 2019 03:23:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 02 2019 03:24:13    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 02 2019 03:23:54    United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,   Philadelphia, PA 19107-4405
14273671       +EDI: GMACFS.COM Mar 02 2019 08:08:00     Ally Financial,   Attn: Bankruptcy,    PO Box 380901,
                 Bloomington, MN 55438-0901
14273675        E-mail/Text: megan.harper@phila.gov Mar 02 2019 03:24:26    City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
14273676        E-mail/Text: megan.harper@phila.gov Mar 02 2019 03:24:27    City of Philadelphia,
                 Bankruptcy Unit,   15th Floor,    1515 Arch Street,    Philadelphia, PA 19102
14273673       +E-mail/Text: ecf@ccpclaw.com Mar 02 2019 03:23:08    Cibik & Cataldo, P.C.,
                 1500 Walnut Street, Suite 900,   Philadelphia, PA 19102-3518
14273677       +E-mail/Text: bankruptcy@philapark.org Mar 02 2019 03:24:51    City of Philadelphia,
                 Parking Violations Branch,    PO Box 41819,   Philadelphia, PA 19101-1819
14273680        EDI: IRS.COM Mar 02 2019 08:13:00     I.R.S.,   P.O. Box 7346,    Philadelphia, PA 19101-7346
14273682       +Fax: 407-737-5634 Mar 02 2019 03:51:57    Ocwen Loan Servicing,    Attn: Research/Bankruptcy,
                 1661 Worthington Rd   Ste 100,    West Palm Beach, FL 33409-6493
14273685        E-mail/Text: bankruptcygroup@peco-energy.com Mar 02 2019 03:23:18    Peco Energy,
                 2301 Market Street # N 3-1,    Legal Department,   Philadelphia PA 19103-1338
14273687       +E-mail/Text: bankruptcy@philapark.org Mar 02 2019 03:24:51    Philadelphia Parking Authority,
                 Bankruptcy Department,   701 Market Street,    Philadelphia, PA 19106-2895
14273688        E-mail/Text: colleen.atkinson@rmscollect.com Mar 02 2019 03:25:03    Receivable Management Inc,
                 7206 Hull Rd,    Ste 211,   Richmond, VA 23235
14273689       +E-mail/Text: jennifer.chacon@spservicing.com Mar 02 2019 03:25:05
                 Select Portfolio Servicing, Inc,    PO Box 65250,    Salt Lake City, UT 84165-0250
14273690       +E-mail/Text: jennifer.chacon@spservicing.com Mar 02 2019 03:25:05
                 Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
14273692       +E-mail/Text: bncnotice@ph13trustee.com Mar 02 2019 03:24:55     William C. Miller, Esquire,
                 Chapter 13 Trustee,    P.O. Box 1229,   Philadelphia, PA 19105-1229
                                                                                               TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14273674*      +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,   Philadelphia, PA 19102-3518
14273683*      +Ocwen Loan Servicing, Llc,    Attn: Research/Bankruptcy,   1661 Worthington Road, Suite 100,
                 West Palm Beach, FL 33409-6493
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2           User: dlv                  Page 2 of 2                   Date Rcvd: Mar 01, 2019
                               Form ID: 309I              Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank National Association, as trustee, on behalf
               of the holders of the Asset Backed Pass-Through Certificates, Series RFC 2007-HE1
               bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Plaintiff John J. Dougherty ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Debtor John J. Dougherty ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor John J. Dougherty ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

| Information to identify the case: | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **John J. Dougherty** | | | Social Security number or ITIN | **xxx–xx–8979** |
| | First Name   Middle Name   Last Name | | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | | Social Security number or ITIN | _ _ _ _ |
| | | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | | Date case filed for chapter  **13** | **2/14/19** |
| Case number: | **19–10930–elf** | | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                                                    12/17

---

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | John J. Dougherty | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 313 Patricia Lane<br>Aldan, PA 19018 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL A. CIBIK2<br>Cibik & Cataldo, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Contact phone 215–735–1060<br><br>Email: ecf@ccpclaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br><br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 3/1/19 |

**For more information, see page 2**

---

| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 10, 2019 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/9/19** |
|  | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/25/19** |
|  | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/13/19** |
|  | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |  |
|  | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 1000.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**5/14/19** at **10:00 AM** , Location: **Courtroom #1, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |