# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                            Chapter 13

                                            Bankruptcy No. 19-10930-ELF

JOHN J DOUGHERTY

313 PATRICIA LANE

ALDAN, PA 19018

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    JOHN J DOUGHERTY

    313 PATRICIA LANE

    ALDAN, PA 19018

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

                                                    /S/ William C. Miller

Date: 8/23/2019                                       _____

                                                    William C. Miller, Esquire
                                                   Chapter 13 Standing Trustee