```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania

In re:                                                    Case No. 19-10930-elf
John J. Dougherty                                         Chapter 13
     Debtor                    CERTIFICATE OF NOTICE

District/off: 0313-2      User: JEGilmore        Page 1 of 2          Date Rcvd: Nov 06, 2019
                          Form ID: pdf900        Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2019.
db             +John J. Dougherty,    313 Patricia Lane,    Aldan, PA 19018-3739
14273672       +Amato & Associates,    107 North Commerce Way,    Bethlehem, PA 18017-8913
14273678       +Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
14273679       +Experian,   Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
14273681       +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14273684        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
14273686       +PGW,   Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
14277414       +Select Portfolio Servicing,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14273691       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 07 2019 03:54:26      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 07 2019 03:54:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 07 2019 03:54:14      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14273671       +E-mail/Text: ally@ebn.phinsolutions.com Nov 07 2019 03:53:38      Ally Financial,
                 Attn: Bankruptcy,    PO Box 380901,    Bloomington, MN 55438-0901
14273676        E-mail/Text: megan.harper@phila.gov Nov 07 2019 03:54:26      City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102
14273675        E-mail/Text: megan.harper@phila.gov Nov 07 2019 03:54:26      City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
14273673       +E-mail/Text: ecf@ccpclaw.com Nov 07 2019 03:53:38      Cibik & Cataldo, P.C.,
                 1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
14273677       +E-mail/Text: bankruptcy@philapark.org Nov 07 2019 03:54:31      City of Philadelphia,
                 Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
14273680        E-mail/Text: cio.bncmail@irs.gov Nov 07 2019 03:53:43      I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
14273682       +Fax: 407-737-5634 Nov 07 2019 04:04:42      Ocwen Loan Servicing,    Attn: Research/Bankruptcy,
                 1661 Worthington Rd   Ste 100,    West Palm Beach, FL 33409-6493
14306343        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2019 03:49:56
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14299561       +E-mail/Text: colleen.atkinson@rmscollect.com Nov 07 2019 03:54:33
                 Patient First c/o Receivables Management Systems,    PO Box 73810,
                 North Chesterfield, VA 23235-8047
14273685        E-mail/Text: bankruptcygroup@peco-energy.com Nov 07 2019 03:53:45      Peco Energy,
                 2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
14273687       +E-mail/Text: bankruptcy@philapark.org Nov 07 2019 03:54:31      Philadelphia Parking Authority,
                 Bankruptcy Department,    701 Market Street,    Philadelphia, PA 19106-2895
14273688        E-mail/Text: colleen.atkinson@rmscollect.com Nov 07 2019 03:54:33      Receivable Management Inc,
                 7206 Hull Rd,    Ste 211,    Richmond, VA 23235
14273689       +E-mail/Text: jennifer.chacon@spservicing.com Nov 07 2019 03:54:37
                 Select Portfolio Servicing, Inc,    PO Box 65250,    Salt Lake City, UT 84165-0250
14273690       +E-mail/Text: jennifer.chacon@spservicing.com Nov 07 2019 03:54:37
                 Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
14308728        E-mail/Text: jennifer.chacon@spservicing.com Nov 07 2019 03:54:37
                 U.S. Bank National Association, as trustee, et al,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
14273692       +E-mail/Text: bncnotice@ph13trustee.com Nov 07 2019 03:54:31      William C. Miller, Esquire,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14273674*      +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
14273683*      +Ocwen Loan Servicing, Llc,    Attn: Research/Bankruptcy,    1661 Worthington Road, Suite 100,
                 West Palm Beach, FL 33409-6493
                                                                                      TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2            Date Rcvd: Nov 06, 2019
                              Form ID: pdf900           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
               of the holders of the Asset Backed Pass-Through Certificates, Series RFC 2007-HE1
               bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Plaintiff John J. Dougherty ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Debtor John J. Dougherty ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor John J. Dougherty ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                         TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :       Chapter 13
   JOHN J. DOUGHERTY,               :
       Debtor                 :       Bky. No.  19-10930 ELF

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

     **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date:  November 6, 2019

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE