**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>**JOHN J. DOUGHERTY**<br><br>DEBTOR(S) | CHAPTER 13<br><br><br><br>CASE NO. 19-10930ELF13 |

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cataldo, hereby certify that neither an objection to the proposed compensation nor any other application for administrative expense were filed in the above captioned matter and seek an order approving Fees to Cibik & Cataldo, PC.

Dated:  November 20, 2019
                                               CIBIK & CATALDO, P.C.
                                               ATTORNEY FOR DEBTOR(S)

                                               By: /s/ MICHAEL A. CATALDO
                                               1500 Walnut Street, Suite 900
                                               Philadelphia, PA 19102
                                               Tel: (215) 735-1060
                                               Fax: (215) 735-6769
                                               Email: ccpc@ccpclaw.com